

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Brammer Petroleum, Inc., Appellant

No. 06-15-00091-CV        v.

Bagley Minerals, L.P., Billy McFadden,
and Arthur McFadden, Appellees

Appeal from the County Court at Law of
Panola County, Texas (Tr. Ct. No. 2013-
457). Memorandum Opinion delivered by
Chief Justice Morriss, Justice Moseley and
Justice Burgess participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the summary judgment of the trial court and remand the cause for further proceedings.

We further order that the appellees, Bagley Minerals, L.P., Billy McFadden, and Arthur McFadden, pay all costs of this appeal.

RENDERED JUNE 8, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk